# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

VENUS A. AMENRA A/K/A VENUS AMENRA; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-03451

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served VENUS A. AMENRA A/K/A VENUS AMENRA the above process on the 15 day of October, 2017, at 10:30 o'clock, A M, at 816 RUNDALE AVENUE YEADON, PA 19050, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

[☑] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: RAHEEM DAVID
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 36-40  Height 6'  Weight 190  Race BLACK  Sex MALE  Hair BLACK
Military Status: [☑] No  [ ] Yes  Branch: _____

Commonwealth/State of **PA**                    )
                                                ) SS:
County of **Berks**                             )

Before me, the undersigned notary public, this day, personally, appeared _____Shannon Beckier_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **17** day of **Oct**, 20**17**.

File Number: USA-158183
Case ID #: 5009720

COMMONWEALTH OF PENNSYLVANIA
Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017