UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>VENUS A. AMENRA a/k/a VENUS AMENRA,<br>Defendant | No. 17-03451 |

### DEFAULT JUDGMENT

AND NOW, this __14th__ day of __November__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, July 31, 2017 and, after due service of process on Defendant, VENUS A. AMENRA a/k/a VENUS AMENRA, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, VENUS A. AMENRA a/k/a VENUS AMENRA, in the amount of $8,422.40. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:  November 14, 2017

                                        Kate Barkman
                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania

                        By:    __s/ Terry Milano__
                                 Deputy Clerk